## WHITE v. ROACH.

Court of Common Pleas. Sussex. November, 1797.

*Bayard's Notebook, 223.**

It was ruled in this case that an administrator is bound to account for the proceeds of the sales of the intestate's property if they exceed the appraisement.